# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 14, 2023

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 23-13250-B
Case Style: Christopher Baylor v. The Florida Klu Klux Klan for the Traditionalist A, et al
District Court Docket No: 6:23-cv-00748-CEM-EJK

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13250-B

_____

CHRISTOPHER BAYLOR,

                                                    Plaintiff - Appellant,

versus

THE FLORIDA KLU KLUX KLAN FOR THE
TRADITIONALIST AMERICANS,
United Northern and Southern Chapter,
and Ladies of the Invisible Empire,
CHARLES T. CANADY,
RICKY POLSTON,
JAMIE GROSSHANS,
JORGE LABARGA, et al.,

                                                    Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Christopher Baylor failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective November 14, 2023.

                                      DAVID J. SMITH
                   Clerk of Court of the United States Court
                     of Appeals for the Eleventh Circuit

                                                    FOR THE COURT - BY DIRECTION